IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UPPER MERION AREA SCHOOL DISTRICT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Z.B., by and through his parents, B.B. and C.B., and B.B. and C.B. in their own right | : | NO. 21-3053 |

# **ORDER**

**AND NOW**, this 3rd day of May, 2022, upon consideration of Plaintiff's "Motion to Dismiss Count II of Defendants' Counterclaim" (Docket No. 8), Plaintiff's Motion for Leave to File a Reply Brief (Docket No. 14), Defendants' Motion for Leave to File a Response to Plaintiff's Reply Brief (Docket No. 15), and all documents filed in connection with all three Motions, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion for Leave to File a Reply Brief (Docket No. 14) is **GRANTED**, and the Clerk shall enter the Reply Brief attached to the Motion as Exhibit 1 on the Docket of this action.

2. Defendants' Motion for Leave to File a Response to Plaintiff's Reply Brief (Docket No. 15) is **GRANTED**, and the Clerk shall enter the Brief in Response to Plaintiff's Reply Brief attached to the Motion as Exhibit 1 on the Docket of this action.

3. Plaintiff's Motion to Dismiss Count II of Defendants' Counterclaim (Docket No. 8) is **GRANTED**, and Count II of the Counterclaim is **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.